**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Telephone: (323) 664-5670
Fax: (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
ROSA OLLOQUE

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROYA MASSOUMI
Special Assistant United States Attorney
Office of General Counsel, Region IX
   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415)977-8957
   Facsimile: (415)744-0134
   Email: roya.massoumi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSA OLLOQUE ) | Case No: CV 09-775 FMO |
|       Plaintiff, ) | |
|   v. ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920 AND 2412(d) |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|       Defendant. ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

assignee, shall be awarded attorney fees under EAJA in the amount of three thousand four hundred dollars and no cents ($3,400.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 8/12/10

                                                      _____/s/_____
                                                 FERNANDO M. OLGUIN
                                                  United States Magistrate Judge